UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WIESLAW KROTOSZYNSKI,

              Petitioner,

  -against-

PEOPLE OF THE STATE OF NEW YORK,

              Respondent.
-----------------------------------------------------------------X

JUDGMENT
08-CV-2527 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 09 2008 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 1, 2008, dismissing the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of jurisdiction; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed for lack of jurisdiction; that no Certificate of Appealability shall issue.


Dated: Brooklyn, New York
       July 08, 2008

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court